## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

to the U.S. Court of Appeals for the Ninth Circuit.

**Walter RICHARDSON, Jr., Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 06–3025.

United States Court of Appeals, Federal Circuit.

Nov. 17, 2005.

Walter Richardson, Jr., pro se.

## ORDER

Order Vacated, See 2005 WL 3598893.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

**SMITH & HAWKEN, LTD.,**
Plaintiff–Appellee,

v.

**GARDENDANCE, INC. and Mark Donley, Defendants– Appellants.**

No. 05–1561.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2005.

*ORDER*

Pursuant to this court's order of October 31, 2005, this appeal is hereby transferred